HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO. CR11-5089RBL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| KEVIN B. WHITLOCK, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled court upon Defendant's Unopposed Second Motion to Continue Pretrial Motions Filing Date and Trial Date [Dkt. #20]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The Defendant is charged in a one count indictment with felon in possession of a firearm.

The current trial date in this matter is June 20, 2011. Defendant seeks a continuance because the parties are awaiting a pre-plea presentence report due to be completed on or about the end of the first week of May, 2011 and because his counsel is scheduled for trial in another case on May 9, 2011. The Court finds that a continuance of the current trial date is not necessary. Counsel has adequate time between the receipt of the pre-plea presentence report and the current trial date for effective preparation, even taking into account the May 9, 2011 trial in

ORDER- 1

another matter. If it later becomes necessary to extend the pretrial motions cutoff date, a short extension will be granted.

Defendant's unopposed Second Motion to Continue Pretrial Motions Filing Date and Trial Date [Dkt. #20] is **DENIED.**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 27th day of April, 2011.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

for Ronald B. Leighton
United States District Judge

ORDER- 2